■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRADLEY DUNSTON, Appellant. [747 NYS2d 811]

The defendant's contention that the trial judge failed to conduct an adequate inquiry concerning his waiver of a trial by jury is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Magnano,* 77 NY2d 941, *cert denied* 502 US 864; *People v Davis,* 277 AD2d 248). In any event, although a more complete record would have been preferred, on the facts and circumstances presented, we find the waiver was valid (*see People v Magnano, supra; People v Davis, supra; People v Simmons,* 182 AD2d 1018; *People v Burnett,* 136 AD2d 888).

The defendant's remaining contention is unpreserved for ap-

pellate review (*see* CPL 470.05 [2]), and, in any event, is without merit. Ritter, J.P., Krausman, McGinity and Luciano, JJ., concur.